UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CRIMINAL MINUTES:** ENTRY OF PLEA TO AN INDICTMENT / INFORMATION

DATE: **JUNE 22, 2005**

LOCATION: Albany, New York

TIME: START: ~~12:00 P.M.~~ *11:45 A.M.* / STOP: *12:15 P.M.*

PRESIDING: Hon. Lawrence E. Kahn

CLERK: Scott A. Snyder / Bill Griffin

COURT REPORTER: Theresa Casal / Bonnie Buckley / ECRO

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 22 2005
LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES OF AMERICA**

VS.                                    NO. 05-CR-0261 (LEK)

**ZOLA S. QUARTERMAN**

APPEARANCES:   U.S. ATTORNEY OFFICE - ND/NY

**ELIZABETH C. COOMBE, AUSA.,**     for GOVERNMENT
O/L: ALBANY

**ROBERT M. GIBSON, ESQ.,**        for DEFENDANT
O/L: ALBANY

Interpreter: **NONE**

Probation: *Charles Bell + Ronald J. Coy*

** NOTE: If more than one defendant appears for the SAME CHARGE AND DISPOSITION, list all defendants on one form. If separate charges or dispositions are had, use a separate form for EACH DEFENDANT. Attach a separate sheet if additional space is needed.

Page #2 - Criminal Minutes
USA vs **QUARTERMAN**

| ✓ | Waiver of Indictment | ✓ | Entry of Guilty Plea |
| ✓ | Filing of Information | ___ | Change of Plea to Count(s) ___ |
| ___ | Arraignment | | |

✓ Defendant appears in court (with) / without counsel.

✓ Defendant is advised of his/(her) constitutional rights.

✓ Defendant states TRUE NAME is _Zola S. Quarterman_

✓ Waiver of Indictment is executed in open court.

✓ Waiver is (accepted) / rejected by the Court.

✓ Defendant signs Waiver Form and Information is filed.

___ Defendant waives reading of the Indictment / Information.

✓ (Information) / Indictment is read by Deputy Clerk.

✓ Defendant enters plea of GUILTY to Count(S) ___1___.

✓ Defendant is questioned regarding background, education, understanding and consequences of a plea and willingness to plead guilty.

✓ Defendant advised of the maximum penalties under the law and proof to be offered if case went to trial.

✓ Penalties are pursuant to ADVISORY GUIDELINES under the Sentencing Reform Act.

___ Offense occurred PRIOR TO THE SENTENCING REFORM ACT (before November 1, 1987).

✓ Court makes inquiry of defendant's waiver of appeal rights.

✓ Court (accepts) / rejects Guilty plea. Plea agreement (is) / is not handed up for filing.

✓ Presentence Report (is ordered) / waived.

Page #3 - Criminal Minutes
USA  VS  **QUARTERMAN**

____ Remaining count(s) # _____ of Indictment to be dismissed at time of sentencing.

✓ SENTENCING scheduled for _September 28th, 2005_ at _10:30_ A.M. in **ALBANY**, New York.

✓ Defendant's Attorney was (Appointed/Retained).

____ An expedited presentence report is requested by the Court / defense counsel / both.

____ Immigration consequences are discussed with the defendant and the defendant is aware that deportation is a possible outcome of this criminal proceeding.

✓ Additional Information (unusual occurrences, motions, hearings, scheduling, etc. ): _It is placed on the record that the △ has not been totally compliant on 6/6/42e._

✓ Defendant is continued on bail as previously set/R.O.R.

____ Defendant is remanded to the custody of U. S. Marshal

**Advisory Maximum Guidelines**

Imprisonment: _30_ (YEARS) MONTHS      **Base Offense Level:** _7_
Fine: $_____                        Base Offense Enhancement: _+6_
Supervised Release: _5_ YEAR(S)         Criminal Category: _I_
Special Assessment:$_100.00_ / COUNT    Reduction for Acceptance _-2_
Possible deportation:_____              Total Offense Level: _11_
Forfeiture: _____                       Imprisonment Range: _8-14_ MONTHS
Restitution: _____                      The defendant waives ~~his~~ her right
MANDATORY MINIMUM: _____                to appeal: _14_ **months OR less.**